FILED
CLERK, U.S. DISTRICT COURT

MAR 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIBERTO PENALOZA,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>CALIFORNIA DEPT. OF<br>CORRECTIONS,<br><br>　　　　　　Respondent. | CASE NO. CV 07-06705 RSWL (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of ERIBERTO PENALOZA for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 21, 2008

RONALD S.W. LEW

_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE